492

22 A.3d 209

Jaime L. ECKROTH, Administratrix of the Estate of Dolores Leona Hammond, Deceased, Kimberly Ann Brantner, Administratrix of the Estate of Jordan Michael English, a Minor, Deceased, Ronald Depto and Debbie Depto, Co–Administrators of the Estate of Lindsey A. Depto, Deceased, and Ronald Depto and Debbie Depto in their Own Right, and Chelsey Hammond, a Minor, by her Parent and Natural Guardian, Timothy J. Hammond and Timothy J. Hammond in his Own Right, Respondents

v.

PENNSYLVANIA ELECTRIC, INC., a Corporation d/b/a Penelec, Petitioner

v.

David Gunther, John ("Jack") Sexton, Interactive Performance, Inc., and Outsourcing Solutions, Inc., Respondents.

Supreme Court of Pennsylvania.

June 7, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of June, 2011, the Petition for Allowance of Appeal is **DENIED.** Further, OSI Outsourcing Solutions, Inc.'s Motion for Leave of Court to Supplement Respondent's Answer to Petition for Allowance of Appeal of Petitioner, Pennsylvania Electric, Inc., is **DENIED** as moot.